JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; CHINA EASTERN AIRLINES CORPORATION LTD.; and Does 1 through 20 inclusive, <br><br> Defendants. | Case No.: 2:12-cv-01559-DMG-SH <br><br> ORDER DISMISSING CASE PURSUANT TO STIPULATION [23] |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Cross-Complainant, <br><br> v. <br><br> CHINA EASTERN AIRLINES CO. LTD.; and ROES 1 through 10 inclusive, <br><br> Cross-Defendants. | |
| CHINA EASTERN AIRLINES CORPORATION LTD., <br> Cross-Claimant, <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; and MOES 1 through 10, inclusive, <br><br> Cross-Defendants. | |

ORDER DISMISSING CASE PURSUANT TO STIPULATION

1    WHEREAS, Counsel for plaintiff St. Paul Fire & Marine Insurance
2 Company and defendants Expeditors International of Washington, Inc. and China
3 Eastern Airlines Corporation, Ltd., have settled the case; and

4    WHEREAS, it was stipulated by and among plaintiff St. Paul Fire & Marine
5 Insurance Company and defendants/cross-claimants/cross-defendants Expeditors
6 International of Washington, Inc. and China Eastern Airlines Corporation, Ltd., by
7 their respective attorneys of record, that the complaint and cross-claims are
8 dismissed in their entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).
9 Plaintiff St. Paul Fire & Marine Insurance Company and defendants/cross-
10 claimants/cross-defendants Expeditors International of Washington, Inc. and China
11 Eastern Airlines Corporation, Ltd. shall each bear their own fees and costs of suit.

12    The Court therefore finds that good cause exists to dismiss the case with
13 prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

14    IT IS SO ORDERED.

16 DATED:   February 5, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

904173v1                              -2-
ORDER DISMISSING CASE PURSUANT TO STIPULATION